No. 44402.—Protests 838454–G, etc., of Butler Bros. (Baltimore).

331

Opinion by KEEFE, J. In accordance with stipulation of counsel and on the authority of *Butler* v. *United States* (4 Cust. Ct. 120, C. D. 303) the Rockingham-ware in question was held dutiable at 25 percent under paragraph 210 as claimed.